UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LIANA MARIE ORTEGA,

   Plaintiff,

-v-                                                    CIV No. 2:24-cv-00338-KRS

MARTIN O'MALLEY,
Commissioner of Social Security,

   Defendant.

## STIPULATED ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time,

IT IS HEREBY ORDERED that:

(1) Plaintiff shall file Plaintiff's Brief on or before **Thursday, August 22, 2024;**

(2) Defendant shall file a Responsive Brief on or before **Monday, September 23, 2024;**

(3) Plaintiff may file a Reply on or before **Monday, October 7, 2024.**

   IT IS SO ORDERED.

_____
HON. KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Submitted by**:

*/s/ Matthew R. McGarry*
Matthew R. McGarry
Attorney for Plaintiff
**Approved by email on July 2, 2024, by:**

_____
Manuel Lucero, Esq., USAO
Attorney for Commissioner